861 A.2d 259

**SCHERING–PLOUGH HEALTHCARE PRODUCTS SALES CORPORATION, Appellee,**

v.

**COMMONWEALTH of Pennsylvania, Appellant.**

Supreme Court of Pennsylvania.

Oct. 20, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of October, 2004, the order of the Commonwealth Court is hereby **AFFIRMED.**